IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.   CASE NO.: 1:09cv23-SPM/WCS

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY II, in his individual
and official capacities as Dean of the
University of Florida Levin College of Law,

    Defendants.
_____/

## ORDER OF DISQUALIFICATION

I hereby disqualify myself from handling this matter and respectfully request that another judge be assigned.

SO ORDERED this 9th day of January, 2009.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge