IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.        CASE NO. 1:09-cv-00023-MP-AK

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY II, in his individual
and official capacities as Dean of the
University of Florida Levin College of Law,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 9, Motion to Continue, filed by Plaintiff. Plaintiff requests that the telephonic hearing on the pending Motion to Withdraw as Attorney for Plaintiff, Doc. 6, which is currently set for March 17, 2009, be continued and suggests Thursday, March 26, 2009, as an alternate date. Plaintiff asserts that Ms. Russell-Brown wishes to attend the hearing with her attorney but is unable to do so on the date scheduled. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Motion to Continue, Doc. 9, is GRANTED, and the telephonic hearing on the Motion to Withdraw as Attorney for Plaintiff, Doc. 6, is reset to Thursday, March 26, 2009, at 1:00 p.m.

    **DONE AND ORDERED** this  *17th*  day of March, 2009

                  *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge